```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 19301
   ALEXANDER VERDUZCO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0267


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/26/2008 and was not confirmed.

     The case was dismissed without confirmation 10/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------

HOUSEHOLD FINANCE CORP    UNSECURED         30354.37         .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG         .00          .00            .00
CAPITAL ONE               UNSECURED          3385.20         .00            .00
CAPITAL ONE               UNSECURED          1589.65         .00            .00
FIRST FINANCIAL PORTFOLI  UNSECURED          1779.82         .00            .00
CHASE                     UNSECURED        NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED         .00            .00
RMI/MCSI                  UNSECURED           273.44         .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE        .00           .00            .00
AMERICAS SERVICING COMPA  MORTGAGE NOTI  NOT FILED           .00            .00
ARROW FINANCIAL SERV      UNSECURED           846.25         .00            .00
THE CIRCUIT CT CLERK OF   PRIORITY         NOT FILED         .00            .00
CITY OF CHICAGO           PRIORITY         NOT FILED         .00            .00
ACADEMY COLLECTION SERVI  UNSECURED        NOT FILED         .00            .00
ARIZONA DEPT OF ECONOMIC  UNSECURED        NOT FILED         .00            .00
CAPITAL ONE               UNSECURED          1155.79         .00            .00
CAPITAL ONE BANK          UNSECURED        NOT FILED         .00            .00
HEALTHCARE & FAMILY SERV  UNSECURED        NOT FILED         .00            .00
PILSEN LITTLE VILLAGE CO  UNSECURED        NOT FILED         .00            .00
ST ANTHONY HOSPITAL       UNSECURED        NOT FILED         .00            .00
WASHINGTON MUTUAL         UNSECURED        NOT FILED         .00            .00
CITIBANK                  UNSECURED          2799.04         .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY       2,373.00                        .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                       1,081.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   1,081.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 19301 ALEXANDER VERDUZCO
```

```
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                    1,081.00
                                     ---------------     ---------------
TOTALS                                      1,081.00            1,081.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 01/26/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```